# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL MCNEIL, | Case No. 3:20-cv-0510-APG-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT** |
| WILLIAM GITTERE, *et al.*, | |
| Defendants. | [ECF NO. 18] |

Before the Court is Defendants' second motion for extension of time to file case management report. (ECF No. 18.) The Court notes that a case management report is a simple document intended to assist the Court in managing discovery. (ECF No. 14.) The Court has already granted Defendants one extension of time to fille this document. (ECF No. 17.) Therefore, Defendants' motion for extension of time to file case management report is **GRANTED, in part**. (ECF No. 18.) Defendants shall file a case management report on or before noon on **December 16, 2021**. No further extensions will be provided.

DATED: December 14, 2021

_____
UNITED STATES MAGISTRATE JUDGE