# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

MICHAEL MCNEIL,

    Plaintiff,

v.

WILLIAM GITTERE, et. al.,

    Defendants.

Case No. 3:20-cv-00510-ART-CLB

ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION

[ECF No(s). 45]

Currently pending before the Court is Plaintiff's motion to extend time. (ECF No(s). 45.) For the reasons stated below, the motion is:

☑ GRANTED.

☐ DENIED.

☐ GRANTED IN PART, AND DENIED IN PART.

Plaintiff shall have an additional 45 days to file his opposition to Defendants' motion for summary judgment.

The opposition is now due on or before November 6, 2022.

**IT IS SO ORDERED.**

DATED: 9/19/2022.

_____
UNITED STATES MAGISTRATE JUDGE