UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL McNEIL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, *et. al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:20-CV-00510-ART-CLB<br><br>**ORDER GRANTING IN PART, AND DENYING IN PART, PLAINTIFF'S MOTION TO EXTEND TIME**<br><br>[ECF No. 47] |

　　　Currently pending before the Court is Plaintiff Michael McNeil's second motion to extend time to file an opposition to the motion for summary judgment. (ECF No. 47.) On September 19, 2022, the Court granted McNeil a 45-day extension to file his opposition. (ECF No. 46.) The opposition is currently due on November 6, 2022. McNeil now requests an additional 30 days to file his opposition. (ECF No. 47.) McNeil does not specifically state a reason why he cannot file his opposition by the current due date other than stating that he needs the additional time to "properly respond" to the motion. (*Id.*) Having considered the motion and McNeil's *pro se* status, the Court will grant the motion in part, and deny it in part. The Court grants McNeil an additional **15-day** extension of time from the current deadline. Therefore, McNeil's opposition to the motion for summary judgment will be due on or before **Monday, November 21, 2022.**

　　　No further extensions will be granted.

　　　**IT IS SO ORDERED.**

　　　**DATED** this 26th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE